IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT WABASHA,<br><br>    Defendant. | 8:23CR53<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

  The defendant appeared before the Court on April 16, 2024 regarding Petition for Action on Conditions of Pretrial Release [28]. Karen Shanahan represented the defendant. Lecia Wright represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

  The defendant denied violating release conditions (r) and (bb). The Court took judicial notice of the petition and violation report.

  The government requests an order of revocation and detention. The defendant requested a continuance which was granted. A revocation and detention hearing is scheduled before Magistrate Judge F.A. Gossett in Courtroom 7, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Friday, April 19, 2024 at 11:00 a.m.

  **IT IS SO ORDERED**.

  Dated this 16th day of April, 2024.

                    BY THE COURT:

                    s/ F.A. Gossett, III
                    United States Magistrate Judge