IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT WABASHA,<br><br>      Defendant. | 8:23CR53<br><br>ORDER |

  This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 39). Counsel needs additional time to negotiate a resolution short of trial. Counsel is still waiting for a pending mental status exam. For good cause shown,

  IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 39) is granted as follows:

1.  The jury trial now set for May 6, 2024, is continued to **July 22, 2024.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 22, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  No further continuances will be granted barring exceptional circumstances.

Dated this 3rd day of May 2024.

                       BY THE COURT:

                       Robert F. Rossiter, Jr.
                       Chief United States District Judge