IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT WABASHA,

Defendant.

**8:23CR53**

**ORDER**

This matter is before the Court on government's Suggestion of Death and Motion to Dismiss (Filing No. 57) the Indictment pursuant to Federal Rule of Criminal Procedure 48(a).  The government indicates the defendant Robert Wabasha has died.

The Motion is granted, and the Indictment against Robert Wabasha is dismissed with prejudice.

IT IS SO ORDERED.

Dated this 19th day of February 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge